AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

_____ District of _____

Plaintiff
V.

Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE —
EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

Case Number: 05 - 175

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States [ma]gistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, [an]d to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all [par]ties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction [fro]m being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding [con]sent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for [the] judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United [Stat]es magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and [cond]uct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| Defendant I.G. Burton Co. | [signature] Noel E. Primos 8 [illegible] | 4/26/05 4/26/05 |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to _____ [Unite]d States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. [§636(]c) and Fed.R.Civ.P. 73.

Date _____   United States District Judge _____

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF ALL PARTIES HAVE CONSENTED</u> ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.