**CERTIFICATE OF MAILING**

I hereby certify that I have caused copies of the following:

**CIVIL ACTION ANSWER**

to be served upon:    **STEPHEN J. NEUBERGER, ESQUIRE**
The Neuberger Firm, P.A.
2 East Seventh Street, Suite 302
Wilmington, DE 19801-3707
Attorney for Plaintiff

RONALD J. ATKINS, ESQUIRE
ATKINS & COHEN, P.C.
1430 Land Title Building
100 South Broad Street
Philadelphia, PA 19110
Attorney for Plaintiff

by mailing copies to them at their addresses listed above, postage paid, on: *April 26, 2005*

SCHMITTINGER AND RODRIGUEZ, P.A.

BY: _____
NICHOLAS H. RODRIGUEZ, ESQUIRE
Bar I.D. No. 356
414 South State Street
P.O. Box 947
Dover, Delaware 19903-0497
(302) 674-0140
Attorney for Defendant
e-mail address:
nrodriguez@schmittrod.com

NHR:rp