UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAYNE A. WHEATLEY | : | |
| | : | |
| Plaintiff | : | Civil Action No: 05-175-GMS |
| | : | |
| vs. | : | |
| | : | |
| I.G. BURTON & COMPANY, INC. | : | |
| | : | |
| Defendant | : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

    Thomas S. Neuberger, a member of the bar of this Court, pursuant to Local Rule 83.5 and the attached Certificatioin, moves for the admission *pro hac vice* of:

>Roland J. Atkins, Esquire
>PA Supreme Court I.D. Number 21318
>Atkins & Cohen, P.C.
>1430 Land Title Building
>100 South Broad Street
>Philadelphia, PA 19110-1023

to represent plaintiff Wayne A. Wheatley in this action.

                                    **THE NEUBERGER FIRM**

                                      /s/ Thomas S. Neuberger
                                    Thomas S. Neuberger (#243)
                                    Two East Seventh Street, Suite 302
                                    Wilmington, DE 19801
                                    (302) 655-0582
                                    Email: TSN@NeubergerLaw.com

April 28, 2005                                        Attorney for Plaintiff

## CERTIFICATION OF ROLAND J. ADKINS

Pursuant to Local Rule 83.5, I certify that:

1.  I am elgible for admission to this Court;

2.  I am admitted, practicing and in good standing before the Bar of the Supreme Court of Pennsylvania and the following Courts on the dates shown:

| | |
|---|---|
| United States Supreme Court | 1981 |
| United States Court of Appeals for the Third Circuit | 1977 |
| United States Court of Appeals for the Federal Circuit | 1992 |
| United States District Court for the Eastern District Of Pennsylvania | 1976 |
| United States District Court for the District of Columbia - *pro hac vice* | 1979 |
| Supreme Court of Pennsylvania | 1975 |
| Superior Court of New Jersey - *pro hac vice* | 1981 |

3.  Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action; and

4.  I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05.

5.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: April 28, 2005

    /s/ Roland J. Atkins
Roland J. Atkins, Esquire
PA Supreme Court I.D. Number 21318
Atkins & Cohen, P.C.
1430 Land Title Building
100 South Broad Street
Philadelphia, PA 19110-1023
215-448-3900
Fax: 215-448-3905

## CERTIFICATE OF SERVICE

I, Thomas S. Neuberger, Esquire, do hereby certify that on this 28th day of April, 2005 copies of the above forgoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF ROLAND J. ADKINS** to be served by electronic service upon the following attorney of record:

**Noel E. Primos**
Schmittinger & Rodriguez, P.A.
414 S State St.
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Email: nprimos@schmittrod.com

**THE NEUBERGER FIRM**


  /s/ Thomas S. Neuberger
Thomas S. Neuberger