**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WAYNE A. WHEATLEY : : : : Plaintiff : : vs. : : I.G. BURTON & COMPANY, INC. : : : Defendant : : | Civil Action No: 05-175-GMS |

## **ORDER**

    IT IS HEREBY ORDERED that Roland J. Atkins, Esquire's motion for admission *pro hac vice* is granted.

 

_____
U. S. District Court Judge