# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE A. WHEATLEY : | |
| : | |
| Plaintiff : | Civil Action No: 05-175-GMS |
| : | |
| vs. : | |
| : | |
| I.G. BURTON & COMPANY, INC. : | |
| : | |
| Defendant : | |

## NOTICE OF SERVICE

I, Thomas S. Neuberger, being a member of the Bar of this Court, do hereby certify that on May 10, 2005, I caused two (2) copies of **PLAINTIFF, WAYNE WHEATLEY'S REQUEST FOR THE PRODUCTION OF DOCUMENTS ADDRESSED TO THE DEFENDANT, I.G. BURTON, INC.** to be mailed first class, postage prepaid to the following:

> **Noel E. Primos**
> Schmittinger & Rodriguez, P.A.
> 414 S State St.
> P.O. Box 497
> Dover, DE 19903
> (302) 674-0140
> Email: nprimos@schmittrod.com

                                  **THE NEUBERGER FIRM, P.A.**

                                  /s/ Thomas S. Neuberger
                              **THOMAS S. NEUBERGER, ESQUIRE**
                              Bar No. 243
                              Two East Seventh Street, Suite 302
                              Wilmington, Delaware 19801
                              (302) 655-0582

                              **Atkins & Cohen, P.C.**
                              Roland J. Atkins, Esquire
                              PA Supreme Court I.D. Number 21318
                              1430 Land Title Building
                              100 South Broad Street
                              Philadelphia, PA 19110-1023
                              (215) 448-3900

Dated: May 13, 2005                      Attorneys for Plaintiffs