## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAYNE A. WHEATLEY | : | |
| | : | |
| Plaintiff | : | Civil Action No: 05-175-GMS |
| | : | |
| vs. | : | |
| | : | |
| I.G. BURTON & COMPANY, INC. | : | |
| | : | |
| Defendant | : | |

## NOTICE OF SERVICE

I, Thomas S. Neuberger, being a member of the Bar of this Court, do hereby certify that on May 10, 2005, I caused two (2) copies of **PLAINTIFF, WAYNE WHEATLEY'S FIRST SET OF INTERROGATORIES DIRECTED TOWARD THE DEFENDANT, I.G. BURTON, INC.** to be mailed first class, postage prepaid to the following:

> **Noel E. Primos**
> Schmittinger & Rodriguez, P.A.
> 414 S State St.
> P.O. Box 497
> Dover, DE 19903
> (302) 674-0140
> Email: nprimos@schmittrod.com

**THE NEUBERGER FIRM, P.A.**


   /s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQUIRE**
Bar No. 243
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582

**Atkins & Cohen, P.C.**
Roland J. Atkins, Esquire
PA Supreme Court I.D. Number 21318
1430 Land Title Building
100 South Broad Street
Philadelphia, PA 19110-1023
(215) 448-3900

Dated: May 13, 2005                    Attorneys for Plaintiffs