July 14, 2005

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 King Street
Room 4324
Lockbox 19
Wilmington, Delaware 19801

      RE:    Wayne Wheatley v. I.G. Burton Co. Inc.
               C.A. No: 1:05-CV-175
               Our File No:   8215-03-6

To the Honorable Gregory M. Sleet:

      On July 7, 2005, the undersigned held the required Rule 16 Status and Scheduling Conference for the above-captioned matter. Enclosed, please find counsels' Joint Case Report, outlining the topics specified in your Notice of Scheduling Conference.

                            Very Truly Yours,

/s/ Roland J. Atkins          /s/ Nicholas H. Rodriguez
ROLAND J. ATKINS, ESQUIRE    NICHOLAS H. RODRIGUEZ, ESQ.(I.D. #356)
Counsel for Plaintiff           /s/ Noel E. Primos
                        NOEL E. PRIMOS, ESQ. (I.D. #3124)
                        Counsel for Defendant

Enclosure