**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WAYNE A. WHEATLEY, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| I.G. BURTON & COMPANY, INC., | : | C.A.No. 05-175-GMS |
| | : | |
| **Defendant.** | : | |

**PLAINTIFF'S PROPOSED RULE 16 SCHEDULING ORDER**

This _____ day of _____, 2005, the Court having conducted an initial Rule 16 scheduling and planning conference pursuant to Local Rule 16.2(b) on  July 21, 2005 , and the parties having determined after discussion that the above captioned matters cannot be resolved at this juncture by settlement, voluntary mediation or binding arbitration;

IT IS SO ORDERED that:

1. **Rule 26(a) Initial Disclosures**.  Unless otherwise agreed to by the parties, they shall make their initial disclosures pursuant to Fed.R.Civ.P. 26(a) on or before  July 29, 2005.

2. **Joinder of other Parties and Amendment of Pleadings**.  The parties agree that the pleadings do not need to be amended.

3. **Discovery**.  All discovery in these cases shall be initiated so that it will be completed on or before  February 27, 2006.

   a. Expert Witnesses.  Expert reports are due by  January 15, 2006.  Rebuttal reports are due by  February 15, 2006.

b. <u>Discovery Matters</u>. Should counsel find that they are unable to resolve a discovery matter, the party seeking the relief shall contact chambers at (302) 573-6470 to schedule a telephone conference. Not less than forty-eight hours prior to the conference, by hand delivery or facsimile at (302) 573-6472, the party seeking relief shall file with the court a joint letter agenda not to exceed two (2) pages outlining the issues in dispute. Should the court find further briefing necessary upon conclusion of the telephone conference, the court shall at that time order appropriate briefing.

4. **Confidential Information and Papers Filed Under Seal**. Should counsel find it will be necessary to apply to the court for a protective order specifying terms and conditions for the disclosure of confidential information, they should confer and attempt to reach an agreement on a proposed form of order and submit it to the court within 30 days from the date of this order. When filing papers under seal, counsel should deliver to the Clerk an original and two copies of the papers.

**If after making a diligent effort the parties are unable to agree on the contents of the joint proposed protective order, then they shall follow the dispute resolution process outlined in paragraph 3(a).**

5. **Settlement Conference**. Pursuant to 28 U.S.C. §636, these matters are referred to the United States Magistrate for the purpose of exploring the possibility of settlement.

6. **Status/Settlement Conference**. On _____, the Court will hold a conference by telephone with counsel beginning at _____ .m. to discuss the progress of efforts to settle these disputes. Plaintiff's counsel shall initiate the telephone call.

If no efforts have been made or those efforts have to date been unsuccessful, counsel shall

be prepared to discuss the possibility of setting up a settlement conference with the Court with counsel and their clients.

      7. **Case Dispositive Motions**. All case dispositive motions and all motions to consolidate these two cases for trial, and opening brief and affidavits, if any, in support of these motions shall be served and filed on or before  March 13, 2006.  Briefing will be presented pursuant to the Court's Local Rules, unless the parties agree to an alternative briefing schedule. Any such agreement shall be in writing and filed with the Court for the Court's approval.

      8. **Applications by Motion**. Except as provided in this Order or for matters relating to scheduling, any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, counsel shall not deliver copies of papers or correspondence to Chambers. Any non-dispositive motion should contain the statement required by Local Rule 7.1.1

      9. **Oral Argument**. If the Court believes that oral argument is necessary, the Court will schedule a hearing pursuant to Local Rule 7.1.4.

      10. **Pretrial Conference**. On  August 24, 2006 the Court will hold a Pretrial Conference in Chambers with counsel at 10:00 a..m. Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement in Fed.R.Civ.P. 26(a)(3). Thirty (30) days before the joint proposed pretrial order is due, plaintiff's counsel shall forward to defendant's counsel a draft of the pretrial order containing the information plaintiff proposes to include in the draft. Defendant's counsel shall, in turn, provide to plaintiff's counsel any comments on the plaintiff's draft as well as the information defendant proposes to include in the proposed pretrial order. Motions in limine: No party shall file more than ten (10) motions in limine. Briefs (opening, answering and reply) on all motions in limine shall be filed by July 31,

2006. Opening and answering briefs shall not exceed five (5) pages and reply briefs shall not exceed three (3) pages. The parties shall file with the court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order on or before July 31, 2006.

     11. **Trial**. Trial is scheduled for a  5  day  jury  trial, beginning at 9:00 a.m. on September 11, 2006. The trial will not be timed.

     12. **Scheduling**. The parties shall direct any requests or questions regarding the scheduling and management of this matter to Chambers at (302) 573-6470.

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on July —, 2006, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Noel E. Primos, Esq
>P.O. Box 497
>Dover, DE 19901
>Nprimos@schmittrod.com


>/s/ Thomas S. Neuberger
>**THOMAS S. NEUBERGER, ESQUIRE**

Wheatley/PLEADINGS/ Final rule 16 scheduling order.wpd