IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAYNE A. WHEATLEY, | * | C.A. NO. 05-175-GMS |
| Plaintiff, | * | |
| v. | * | NOTICE OF SERVICE |
| I.G. BURTON & CO., INC., | * | |
| Defendant, | * | |

I hereby certify that I have caused copies of the following:

**INITIAL DISCLOSURES OF DEFENDANT
I.G. BURTON & CO., INC. PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 26**

to be served upon:   THOMAS S. NEUBERGER, ESQUIRE
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707

RONALD J. ATKINS, ESQUIRE
Atkins & Cohen, P.C.
1430 Land Title Building
100 South Broad Street
Philadelphia, PA 19110-1023

by mailing copies to them at their addresses listed above on:
_July 28, 2005_.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE 19901
(302) 674-0140
Attorneys for Defendant
I.G. Burton & Co., Inc.

DATED: 7-28-05
NEP:kab