IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WAYNE A. WHEATLEY,               *           C.A. NO. 05-175-GMS
                                 *
          Plaintiff,             *
                                 *
                                 *
     v.                          *
                                 *
I.G. BURTON & CO., INC.,         *
                                 *
          Defendant,             *

I hereby certify that I have caused copies of the following:

**DEFENDANT'S ANSWERS TO PLAINTIFF WAYNE WHEATLEY'S
INTERROGATORIES AND DEFENDANT'S RESPONSE PLAINTIFF WAYNE
WHEATLEY'S REQUEST FOR PRODUCTION OF DOCUMENTS**

to be served upon:    THOMAS S. NEUBERGER, ESQUIRE
                      The Neuberger Firm, P.A.
                      Two East Seventh Street, Suite 302
                      Wilmington, DE 19801-3707

                      RONALD J. ATKINS, ESQUIRE
                      Atkins & Cohen, P.C.
                      1430 Land Title Building
                      100 South Broad Street
                      Philadelphia, PA 19110-1023

by mailing copies to them at their addresses listed above on:
_August 9, 2005_ .

                              SCHMITTINGER & RODRIGUEZ, P.A.

                         BY:_____
                              NOEL E. PRIMOS, ESQUIRE
                              Bar I.D. #3124
                              414 S. State Street
                              P.O. Box 497
                              Dover, DE 19901
                              (302) 674-0140
                              Attorneys for Defendant
                              I.G. Burton & Co., Inc.

DATED: 8-9-05
NEP:kab