IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAYNE A. WHEATLEY, | * | C.A. NO. 05-175 |
| Plaintiff, | * | |
| v. | * | |
| I.G. BURTON & CO., INC., | * | |
| Defendant, | * | |

I hereby certify that I have caused copies of the following:

**DEFENDANT'S FIRST SET OF INTERROGATORIES**

**DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

to be served upon:  THOMAS S. NEUBERGER, ESQUIRE
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707

RONALD J. ATKINS, ESQUIRE
Atkins & Cohen, P.C.
1430 Land Title Building
100 South Broad Street
Philadelphia, PA 19110-1023

by mailing copies to them via first class mail, postage prepaid, at their addresses listed above on: August 12, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE 19901
(302) 674-0140
Attorneys for Defendant
I.G. Burton & Co., Inc.

DATED: 8-12-05
NEP:kab