CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the following:

**DEFENDANT'S ANSWERING BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR A JURY TRIAL**

to be electronically served upon:

THOMAS S. NEUBERGER, ESQUIRE
The Neuberger Firm, P.A.
2 E. Seventh Street, Suite 302
Wilmington, DE   19801-3707

on August 18th, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.
BY: _____
NICHOLAS H. RODRIGUEZ, ESQ.
Bar I.D. #356

BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE   19903
(302) 674-0140
Attorneys for Defendant

DATED: 8-18-05
NEP:pmw