IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WAYNE A. WHEATLEY,                    *     C.A. NO. 05-175-GMS
                                      *
          Plaintiff,                  *
                                      *
     v.                               *
                                      *
I.G. BURTON & CO., INC.,              *
                                      *
          Defendant.                  *

## NOTICE OF DEPOSITION

TO:   Roland J. Atkins, Esquire
      Jill C. Castellini, Esquire
      1430 Land Title Building
      100 South Broad Street
      Philadelphia, PA 19110

      Thomas S. Neuberger, Esquire
      Two East Seventh Street, Suite 302
      Wilmington, DE 19801

      PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of

**Wayne Wheatley** on Tuesday, November 8, 2005 beginning at 10:00 a.m. at the law offices of

Schmittinger & Rodriguez, P.A., 410 South State Street, Dover, DE 19901.

                         SCHMITTINGER & RODRIGUEZ, P.A.

                         BY: _____
                              NOEL E. PRIMOS
                              Bar I.D. # 3124
                              414 S. State Street
                              P.O. Box 497
                              Dover, DE 19903
                              (302) 674-0140
                              Attorneys for Defendant

DATED: 10-4-05
cc: Cheryl Anthony, Court Reporter