## CERTIFICATE OF SERVICE

I certify that I have caused copies of the foregoing:

<u>Notice of Deposition of Wayne Wheatley</u>

to be served upon:

Roland J. Atkins, Esquire
Jill C. Castellini, Esquire
Atkins & Cohen, P.C.
1430 Land Title Building
100 South Broad Street
Philadelphia, PA 19110

via U.S. Mail, postage prepaid on October 3, 2005.

Thomas S. Neuberger, Esquire
The Neuberger Firm
Two East Seventh Street, Suite 302
Wilmington, DE 19801

via electronic service on October 4, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS
BAR I.D. # 3124
414 S. State Street
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Attorneys for Defendant

NEP:lmm