IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAYNE WHEATLEY | : | |
| | : | A CIVIL ACTION |
| V. | : | |
| | : | No:  05-175 GMS |
| I.G. BURTON & CO. INC. | : | |

NOTICE OF DEPOSITION

TO:
Noel Primos, Esquire
Nicholas Rodriguez, Esquire
SCHMITTINGER & RODRIGUEZ, P.A.
414 South State Street
P.O. Box 497
Dover, Delaware 19903

        PLEASE TAKE NOTICE THAT on **Friday, October 14, 2005 at 9:00 a.m.**, plaintiff,

Wayne Wheatley, in the above-captioned action will take the deposition of I.G. Burton employee

**PETER PALMER**, at the place of business for I.G. Burton & Co. located **at 793 Bay Road;**

**Milford, Delaware 19963**.  Such deposition will take place before a duly authorized notary

public.  Said deposition shall take place from day to day until complete.


| | |
|---|---|
| ATKINS & COHEN, P.C. | THE NEUBERGER FIRM |
| Roland J. Atkins, Esquire | |
| 1430 Land Title Building |   /s/ Thomas S. Neuberger            |
| 100 South Broad Street | Thomas S. Neuberger, Esquire   (#243) |
| Philadelphia, Pennsylvania 19110 | Two East Seventh Street |
| (215) 448 - 3900 | Suite 302 |
| | Wilmington, Delaware 19801 |
| | (302) 655 - 0582 |


Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on

October 13, 2005, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF

which will send notification of such filing to the following:


TO:     Noel Primos, Esquire
        Nicholas Rodriguez, Esquire
        SCHMITTINGER & RODRIGUEZ, P.A.
        414 South State Street
        P.O. Box 497
        Dover, Delaware 19903


                                        /s/ Thomas S. Neuberger
                                        THOMAS S. NEUBERGER