IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| WAYNE WHEATLEY | : | |
| | : | A CIVIL ACTION |
| V. | : | |
| | : | No:  05-175 GMS |
| I.G. BURTON & CO. INC. | : | |

NOTICE OF DEPOSITION

TO:
Noel Primos, Esquire
Nicholas Rodriguez, Esquire
SCHMITTINGER & RODRIGUEZ, P.A.
414 South State Street
P.O. Box 497
Dover, Delaware 19903

　　　　PLEASE TAKE NOTICE THAT on **Friday, October 14, 2005 at approximately 1:00 p.m.**, plaintiff, Wayne Wheatley, in the above-captioned action will take the deposition of I.G. Burton employee **MARILYN MAGNESS**, at the place of business for I.G. Burton & Co. located **at 793 Bay Road; Milford, Delaware 19963**.  Such deposition will take place before a duly authorized notary public.  Said deposition shall take place from day to day until complete.


ATKINS & COHEN, P.C.　　　　　　　　　　THE NEUBERGER FIRM
Roland J. Atkins, Esquire
1430 Land Title Building　　　　　　　　　  /s/ Thomas S. Neuberger
100 South Broad Street　　　　　　　　　Thomas S. Neuberger, Esquire   (#243)
Philadelphia, Pennsylvania 19110　　　　Two East Seventh Street
(215) 448 - 3900　　　　　　　　　　　　Suite 302
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　(302) 655 - 0582

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on October 13, 2005, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

TO:    Noel Primos, Esquire
           Nicholas Rodriguez, Esquire
           SCHMITTINGER & RODRIGUEZ, P.A.
           414 South State Street
           P.O. Box 497
           Dover, Delaware 19903

    /s/ Thomas S. Neuberger
THOMAS S. NEUBERGER