IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| WAYNE WHEATLEY | : | |
| --- | --- | --- |
| | : | C.A. No: 05-175 GMS |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| I.G. BURTON & CO., INC. | : | |
| | : | |
| Defendant. | : | |

## Notice of Service

I, Thomas S. Neuberger, being a member of the Bar of this Court, do hereby certify that on

November 1, 2005, I caused two (2) copies of **Plaintiff's Supplemental Request For**

**Production of Documents following Depositions of Defendant's Employees**

to be sent first class mail, postage prepaid to the following:

> **Noel E. Primos, Esquire**
> **Nick Rodriguez, Esquire**
> Schmittinger & Rodriguez, P.A.
> 414 South State Street
> P.O. Box 497
> Dover, Delaware        19901
> 1(302) 674 - 0140
> Email: nprimos@schmittrod.com

THE NEUBERGER FIRM

    /s/ Thomas S. Neuberger    
Thomas S. Neuberger, Esquire #243
Two East Seventh Street
Suite 302
Wilmington, Delaware 19801
(302) 655 - 0582

Date:   November 1, 2005