IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAYNE WHEATLEY, | * | C.A. No. 05-175 GMS |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| I.G. BURTON & CO., INC., | * | |
| | * | |
| Defendant. | * | |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the following:

**DEFENDANT I.G. BURTON & CO., INC.'S RESPONSES TO PLAINTIFF'S SUPPLEMENTAL REQUEST FOR PRODUCTION OF DOCUMENTS FOLLOWING DEPOSITIONS OF DEFENDANT'S EMPLOYEES**

to be served upon:   Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
2 E. Seventh Street, Suite 302
Wilmington, DE   19801-3707

Roland J. Atkins, Esquire
Atkins & Cohen, P.C.
1430 Land Title Building
100 South Broad Street
Philadelphia, PA 19110-1023

by mailing copies to them at their addresses listed above, postage prepaid, on December 5, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE   19903
(302) 674-0140
Attorneys for Defendant

DATED: