IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAYNE WHEATLEY | : | |
| | : | A CIVIL ACTION |
| V. | : | |
| | : | No:  05-175 GMS |
| I.G. BURTON & CO. INC. | : | |

NOTICE OF DEPOSITIONS

TO:
Noel Primos, Esquire
Nicholas Rodriguez, Esquire
SCHMITTINGER & RODRIGUEZ, P.A.
414 South State Street
P.O. Box 497
Dover, Delaware 19903

      PLEASE TAKE NOTICE THAT on the following dates, plaintiff, Wayne Wheatley, in the above-captioned action will take the depositions the below-specified I.G. Burton employees, at the place of business for I.G. Burton & Co. located **at 793 Bay Road; Milford, Delaware 19963**.  Such depositions will take place before a duly authorized notary public.  Said depositions shall take place from day to day until complete.   The depositions shall be scheduled as follows:

1.    **Wednesday, January 18, 2006 to begin at 10:00 a.m.:**

     (A)    Charles Burton;
     (B)    Steve Heiges and;
     (C)    June Monteleone.

2.    **Thursday, January 19, 2006 to begin at 10:00 a.m.:**

     (A)    Joyce Beebe;
     (B)    Bill Mistia;
     (C)    Joanne Navisky;
     (D)    Kurt Retzlaff;
     (E)    Lou Rice and;
     (F)    Cindy Aquaviva.

3.   **Friday, January 20, 2006 to begin at 10:00 a.m.:**

    (A)    Stephanie Anton;
    (B)    James Bennett;
    (C)    Joseph Coverdale;
    (D)    James Gregg;
    (E)    Frank Johnson;
    (F)    Gary Menden;
    (G)    George Shifferer and;
    (H)    Norman Stainbeck.

THE NEUBERGER FIRM

   /s/ Thomas S. Neuberger
Thomas S. Neuberger, Esquire
Two East Seventh Street
Suite 302
Wilmington, Delaware 19801
(302) 655 - 0582


ATKINS & COHEN, P.C.
Roland J. Atkins, Esquire
1430 Land Title Building
100 South Broad Street
Philadelphia, Pennsylvania 19110
(215) 448 - 3900

Attorneys for Plaintiff

Date:   December 20, 2005

**CERTIFICATE OF SERVICE**

I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on December 20, 2005, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

TO:   Noel Primos, Esquire
      Nicholas Rodriguez, Esquire
      SCHMITTINGER & RODRIGUEZ, P.A.
      414 South State Street
      P.O. Box 497
      Dover, Delaware 19903

      /s/ Thomas S. Neuberger
    THOMAS S. NEUBERGER