IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAYNE WHEATLEY | : | |
| | : | C.A. No: 05-175 GMS |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| I.G. BURTON & CO., INC. | : | |
| | : | |
| Defendant. | : | |

NOTICE OF SERVICE

    I, Thomas Neuberger, Esquire, do hereby certify that on this 10th day of February 2006, PLAINTIFF'S SUPPLEMENTAL REQUEST FOR PRODUCTION OF DOCUMENTS FOLLOWING DEPOSITIONS OF DEFENDANT'S EMPLOYEES was served by First Class U.S. Mail, postage pre-paid upon the following attorney of record:

        **Noel E. Primos, Esquire**
        **Nick Rodriguez, Esquire**
        Schmittinger & Rodriguez, P.A.
        414 South State Street
        P.O. Box 497
        Dover, Delaware    19901
        1(302) 674 - 0140
        Email: nprimos@schmittrod.com

        THE NEUBERGER FIRM

           s/s Thomas S;. Neuberger
        Thomas S. Neuberger, Esquire
        Two East Seventh Street
        Suite 302
        Wilmington, Delaware 19801
        (302) 655 - 0582