IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE WHEATLEY : <br> : C.A. No: 05-175 GMS <br> Plaintiff, : <br> v. : <br> : <br> I.G. BURTON & CO. INC. : <br> : <br> Defendant. : | |

## NOTICE OF SERVICE

I hereby certify that on February 14, 2006 I caused copies of **PLAINTIFF'S ANSWERS TO DEFENDANT'S SECOND INTERROGATORIES** to be served upon:

    Noel Primos, Esquire
    Schmittinger & Rodriguez
    414 South State Street
    P.O. Box 497
    Dover, Delaware  19901

by pre-paid First Class U.S. Mail.

_____.

          THE NEUBERGER FIRM


            /s/ Thomas S. Neuberger
          Thomas S. Neuberger, Esquire
          Bar I.D. No: 243
          Two East Seventh Street
          Suite 302
          Wilmington, Delaware 19801
          (302) 655-0582
          Attorney for Plaintiff