IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE WHEATLEY : | |
| : | C.A. No: 05-175 GMS |
| Plaintiff, : | |
| v. : | |
| : | |
| I.G. BURTON & CO. INC. : | |
| : | |
| Defendant. : | |

## NOTICE OF SERVICE

I hereby certify that on February 14, 2006 I caused copies of **Plaintiff's Answers to Defendant's Third Request for Production** to be served upon:

>Noel Primos, Esquire
>Schmittinger & Rodriguez
>414 South State Street
>P.O. Box 497
>Dover, Delaware 19901

by pre-paid First Class U.S. Mail.

_____.

THE NEUBERGER FIRM

   /s/ Thomas S. Neuberger
Thomas S. Neuberger, Esquire
Bar I.D. No: 243
Two East Seventh Street
Suite 302
Wilmington, Delaware 19801
(302) 655-0582
Attorney for Plaintiff