## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

April 27, 2006

TO:   Counsel

RE:   Wheatley v. I.G. Burton & Company, Inc.
       Civil Action No. 05-175 GMS

Dear Counsel:

Please submit, via electronic case filing, a jointly prepared status report, or a stipulation of dismissal regarding the above-referenced case no later than May 11, 2006.

Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager to Judge Gregory M. Sleet