IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Wayne A. Wheatley,<br>    Plaintiff | * | C.A. Number 05-175 GMS |
| v. | * | |
| I.G. Burton & Co., Inc.,<br>    Defendant | *<br>* | |

### STIPULATION AND ORDER OF DISMISSAL

WITH PREJUDICE IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that all claims filed against Defendant I.G. Burton & Co., Inc. in the above-captioned action are hereby dismissed with prejudice, with the Plaintiff and Defendant to bear their own attorneys' fees and costs.

THE NEUBERGER FIRM, P.A.

BY: _____
THOMAS S. NEUBERGER, ESQUIRE
Two E. Seventh Street, Suite 302
Wilmington, DE 19801-3707
Counsel for Plaintiff Wayne A. Wheatley

ATKINS & COHEN, P.C.

BY: _____
ROLAND T. ATKINS, ESQUIRE
1430 Land Title Building 100 South Broad Street
Philadelphia, PA 19110-1023
Counsel for Plaintiff Wayne A. Wheatley

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS, ESQUIRE Bar I.D. #3124
414 S. State Street P.O. Box 497
Dover, DE 19903
Counsel for Defendant I.G. Burton & Co., Inc.

SO ORDERED: _____
THE HONORABLE GREGORY M. SLEET